UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                     CASE NO: 2:15-cr-45-FtM-38MRM

RANFERI RAMIREZ-PORTILLO
_____

**ORDER**[1]

This matter comes before the Court on Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #192) filed on December 11, 2015, recommending Defendant Ramirez-Portillo's Motion to Suppress (Doc. #66) be denied. No objections or responses were filed to the Report and Recommendation and the time to do so has expired. The Report and Recommendation is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n. 1 (11th Cir. 2009). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. Cooper-Houston v. S. Ry. Co., 37 F.3d

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

603, 604 (11th Cir. 1994). A district court may not reject the credibility determination of a magistrate judge without personally rehearing disputed testimony from the witness. Powell, 628 F.3d at 1256-58.

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

Report and Recommendations (Doc. #192) is **ACCEPTED and ADOPTED** and incorporated into this Order. The Defendant, Ranferi Ramirez-Portillo's Motion to Suppress Evidence (Doc. #66) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this February 8, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record